UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
UNITED STATES OF AMERICA,                  :
                                           :         26cr216-1(DLC)
            -v-                            :
                                           :         ORDER
NORBERTO PENA BRITO,                       :
                                           :
                       Defendant.          :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

On June 10, 2026, the defendant Norberto Pena Brito was presented in front of Magistrate Judge Willis and granted bail on certain conditions. The Government informed Judge Willis that it intended to appeal the decision and she stayed the Order of Release until 10:00 AM on June 11 pending review of a district judge. Accordingly, it is hereby

ORDERED that the bail appeal will be heard by this Court on June 11, 2026 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that release is stayed until 2:30 PM on June 11.

Dated:     New York, New York
           June 10, 2026

                                   _____
                                          DENISE COTE
                                   United States District Judge