UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

UNITED STATES OF AMERICA,

              -v-

NORBERTO PENA BRITO,

              Defendant.

------------------------------------------X

26cr216-1(DLC)

ORDER

DENISE COTE, District Judge:

    For the reasons set forth on the record on June 11, 2026, it is hereby

    ORDERED that the defendant Norberto Pena Brito (USM #70236-512) is remanded to the custody of the United States Marshal's Service.

Dated:    New York, New York
          June 11, 2026

_____
DENISE COTE
United States District Judge