```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :
                                         :        26cr216(DLC)
              -v-                         :
                                         :        ORDER
NORBERTO PENA BRITO, et al.,             :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

At the request of the parties, IT IS HEREBY ORDERED that the initial conference is rescheduled to **July 2, 2026 at 12:30 PM** in Courtroom 18B, 500 Pearl Street, New York, NY, 10007.

Dated:    New York, New York
          June 29, 2026

_____
            DENISE COTE
    United States District Judge