UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------- X

UNITED STATES OF AMERICA,

-v-

NORBERTO PENA BRITO, et al.,

Defendants.

-------------------------------------- X

26cr216(DLC)

ORDER

DENISE COTE, District Judge:

At an initial conference held on July 2, 2026, a trial date of November 9, 2026 was set. The Government estimates that the trial may last three weeks, depending on which defendants proceed to trial, which may result in the trial proceeding during the week of Thanksgiving. It is hereby

ORDERED that the parties shall notify the Court by July 10, whether they object to shifting the trial date to November 30, which is the Monday after Thanksgiving, and to excluding time under the Speedy Trial Act to that date. With this change, motions (except severance motions) would be due October 23; the Government's reply would be due November 6, and expert reports would be due November 6.

IT IS FURTHER ORDERED that by July 10, all defense counsel who have a conflict with the trial date of either November 9 or 30 shall explain that conflict and, if appointed counsel, indicate whether their client requires the appointment of new counsel.

Dated: New York, New York
July 6, 2026

DENISE COTE
United States District Judge