UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

NORBERTO PENA BRITO, et al.,

Defendants.

26cr216(DLC)

AMENDED DISCOVERY COORDINATOR ORDER FOR APPOINTED AND RETAINED COUNSEL

DENISE COTE, District Judge:

It is hereby

ORDERED that Julie de Almeida is appointed the Discovery Coordinator ("Coordinator") to assist court-appointed counsel for defendants in this action ("Counsel"). The Coordinator shall assist Counsel with respect to those discovery materials, typically in electronic form, common to all of the defendants that are produced by the Government to every defendant in the action ("Discovery").

IT IS FURTHER ORDERED that the Coordinator's responsibilities shall include:

1) Unless alternative provisions have been made by the Government or by Counsel, receiving Discovery from the Government and working with the Government to ensure the timely and complete receipt of Discovery.

2) Evaluating Discovery, with the input of Counsel as appropriate, to determine what types of technology will result in the most efficient and cost-effective storage of Discovery and review of Discovery by Counsel.

3) Distributing Discovery to Counsel promptly after its receipt from the Government.

4) Facilitating the provision of third-party assistance to Counsel in the organization and review of Discovery, including assessing the needs of Counsel and identifying, evaluating, and engaging third-party vendors or other litigation support services to assist Counsel in matters including but not limited to copying, scanning, forensic imaging, data processing, data hosting, and trial presentation of the Discovery.

5) Training Counsel in the use of the technology that will assist in Counsel's organization and review of the Discovery.

IT IS FURTHER ORDERED that, when necessary, the Coordinator shall petition this Court, ex parte, for funds for outside vendor services and shall monitor all vendor invoices for these services. All petitions for outside services shall include a basis for the requested funds and a determination that the costs of the services are reasonable. The Coordinator shall also review all vendor invoices to ensure that invoiced costs are for work previously agreed to be performed. The Coordinator's time and the time spent by the Coordinator's staff will be paid by the Administrative Office of the U.S. Courts, Defender Services Office.

IT IS FURTHER ORDERED that the Coordinator's duties do not include providing legal representation to a defendant and do not establish an attorney-client relationship with any defendant. Accordingly, discovery issues specific to any individual

defendant shall be addressed by individual defense counsel directly with the Government.

IT IS FURTHER ORDERED that the Coordinator shall provide the Discovery to retained counsel, copied onto hardware procured by the Coordinator, in the event that retained counsel (1) requests the Discovery from the Coordinator; and (2) pays the Coordinator the cost of the hardware and of mailing the hardware containing the Discovery to defense counsel.

IT IS FURTHER ORDERED that the Coordinator's obligation to provide a copy of the Discovery to retained counsel, or to respond to questions from retained counsel regarding access to the Discovery, ends when the prosecution of defendants with appointed counsel concludes.

Dated: New York, New York
August 26, 2026

DENISE COTE
United States District Judge